# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-7395-R**                                          **DATE: MAY 22, 2009**

**TITLE: GURU DENIM INC -V- HERCEL ZARRABIAN et al**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>**William Horrell**</u>                                                         <u>**N/A**</u>
**Deputy Clerk**                                                          **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANT:**

**Not present**                                                              **Not present**

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON JUNE 8, 2009 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF REMAINING DEFENDANTS TO FILE AN ANSWER OR PLAINTIFFS TO OBTAIN ENTRY OF DEFAULT OF DEFENDANTS, OR DEFAULT JUDGMENT OF DEFENDANTS ALREADY IN DEFAULT.  PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                      Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                 **D-M**