1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., | Case No. CV08-7395 R |
| Plaintiff, | [~~PROPOSED~~] **PERMANENT INJUNCTION** |
| v. | Date: 8/3/09 |
| HERCEL ZARRABIAN, ET AL., | Time: 10:00 am |
| | Courtroom: 8 |
| | Before the Hon. Manuel L. Real |
| Defendants, | |

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, IT IS HEREBY
ORDERED that the following defendants:

1.   Navid Zoghi Tehrani Individually and DBA Buba Fashion;

2.   Linda Hang Individually and DBA Diva Girl;

3.   Hyuk Chung Individually and DBA Styles 4 U;

4.   Majed Al Qadi Individually and DBA Mufy Fashion;

5.   Karina Villegas Individually and DBA VIP Connection;

6.    Jossef Atia Individually and DBA King of Music and Fashion ("defendants").

and their agents, servants, employees, representatives, successors and assignees, and all those acting in concert or participation with them shall be, and hereby are PERMANENTLY ENJOINED and restrained from:

(a)    imitating, copying or making any other counterfeit distribution of Guru Denim, Inc. Or items protected by Guru's registered trademarks and service marks, including but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1)    2,917,187 (True Religion Brand Jeans World Tour label)
(2)    3,147,244 (Horseshoe shaped stitching pocket)
(3)    3,219,110 (Overall Stitching Pattern)
(4)    2,761,793 (True Religion Brand Jeans)
(5)    3,120,797 (True Religion Brand Jeans)
(6)    3,120,798(True Religion Brand Jeans)
(7)    3,382,490(True Religion Brand Jeans)
(8)    3,162,615(True Religion)
(9)    3,162,614(True Religion)

or the apparel, items or things protected by the following Certificate of Copyright Registration Numbers:

(1)    VA 1-192-834 (True Religion Brand Jeans Designs);
(2)    VA-1-301-845(True Religion Brand Jeans Designs)'

or any other works now or hereafter protected by any of Guru's trademarks or copyrights;

(b)    manufacturing, assembling, producing, distributing, offering for

distribution, circulating, selling, offering for sale, advertising, importing, promoting

2

1   or displaying any apparel, item or thing bearing any simulation, reproduction,
2   counterfeit, copy or colorable imitation of any of Guru's registered trademarks or
3   service mark, including but not limited to, the Trademark and Service Mark
4   Registration Nos. Listed in Paragraph (a) above;

5        (c)    using any simulation, reproduction, counterfeit, copy or colorable
6   imitation of Guru's registered trademarks or service mark including , but not limited
7   to, the Trademark and Service Mark Registration Nos. Listed in Paragraph (a) above,
8   in connection with the manufacture, distribution, offering for distribution, sale,
9   offering for sale, advertisement, promotion or display of any Guru apparel, item or
10   thing not authorized or licensed by Gur;

11        (d)    using any false designation of origin or false description which can or is
12   likely to lead the trade or public or individuals erroneously to believe that any
13   apparel, item or thing has been manufactured, produced, distributed, offered for
14   distribution, advertised, promoted, displayed, licensed, sponsored, approved, or
15   authorized by or for Guru, when such is not true in fact;

16        (e)    using the names, logos, or other variations thereof of any of Guru's
17   copyrights and/or trademark-protected apparel in any of defendants' trade names;

18        (f)    engaging in any other activity constituting an infringement of any of
19   Guru's trademarks, service mark and/or copyrights, or of Guru's rights in, or right to
20   use or to exploit these trademarks, service mark, and/or copyrights, or constituting
21   any dilution of Guru's name, reputation, or goodwill; and

22        (g)    assisting, aiding, or abetting any other person or business entity in
23   engaging in or performing any of the activities referred to in paragraphs (a) through
24   (f) above.

25
26
27
28

3

1    **IT IS SO ORDERED.**

2

3

4

5    Dated: August 7, 2009

6    Manuel L. Real
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    4

PROPOSED PERMANENT INJUNCTION